UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RUSSELL HARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:23-cv-180 |
| | ) | |
| MICHAEL COLLINS, and | ) | |
| TRUDY SELVIA, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, Michael Collins, with the written consent of Defendant, Trudy Selvia, provides this notice that this case has been removed from the Putnam Circuit Court, Cause Number 67C01-2212-CT-000625, to the United States District Court for the Southern District of Indiana, Terre Haute Division, under 28 U.S.C. § 1446 and states:

1.      On December 5, 2022, Plaintiff, a prisoner at the Putnamville Correctional Facility, filed a complaint against Defendants, Michael Collins and Trudy Selvia.

2.      Plaintiff's Complaint was not served on Defendant, Michael Collins.

3.      Defendant, Michael Collins, learned about Plaintiff's Complaint after Defendant, Trudy Selvia, answered Plaintiff's Complaint on December 30, 2022.

4.      Plaintiff's Complaint alleges that Plaintiff is "suing for a violation of federal law under U.S.C. § 1331." Compl. at p. 3, Section C.

5.      This Court has original jurisdiction over civil actions arising under the laws of the United States. 28 U.S.C. § 1331. This Court has original jurisdiction over this civil action as Plaintiff's claims allegedly concern "a violation of federal law under U.S.C. §1331." Compl. at p. 3, Section C.

6.      Defendants may remove this civil action because it was brought in State court when this Court had original jurisdiction over this action. 28 U.S.C. § 1441(a).

7.      This notice of removal is filed within 30 days of the date that Defendant learned about Plaintiff's Complaint after Defendant, Trudy Selvia, answered his Complaint. *See* 28 U.S.C. § 1446(b).

8.      Defendant, Trudy Selvia, has provided written notice that she joins in and consents to the removal of this action from State court to this Court. Ex. 1 – Notice of Consent to Removal.

9.      Thus, all Defendants join in and consent to this notice of removal.

10.     Defendants shall submit copies of all process, pleadings, and order served upon them pursuant to 28 U.S.C. § 1446(d).

11.     Defendants shall provide notice of removal of this case to the Putnam County Circuit Court pursuant to 28 U.S.C. § 1446(d).

12.     Defendant is filing the State Court Record containing copies of all pleadings, motions, orders, and other filings, organized in chronological order, under 28 U.S.C. § 1446(a). *See* Ex. 2 - State Court Record.

13.     A copy of the operative complaint is included in the State Court Record and filed as a separate attachment to this notice. *See* Ex. 3 – Plaintiff's Complaint.

Wherefore, Defendant, by counsel, provides this notice that this case has been removed from the Putnam Circuit Court, Cause Number 67C01-2212-CT-000625, to the United States District Court for the Southern District of Indiana, Terre Haute Division, under 28 U.S.C. § 1446. Defendant, Trudy Selvia, has noted that she joins in and consents to this removal in her Notice of Consent to Removal.

Respectfully Submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:     /s/ Andrew J. Upchurch
        Andrew J. Upchurch, 30174-49
        280 East 96th Street, Suite 325
        Indianapolis, IN 46240
        *Mailing*:   P. O. Box 64093
                St. Paul, MN 55164-0093
        Phone (317) 818-5117
        ajupchur@travelers.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via first class U.S. mail, postage pre-paid, upon the following parties on January 27, 2023:

> Trudy L. Selvia
> P.O. Box 894
> Greencastle, IN 46135
>
> Russell Harvey (IDOC # 287595)
> Putnamville Correctional Facility
> 1946 West U.S. Hwy 40
> Greencastle, IN 46135

By:    /s/ Andrew J. Upchurch
Andrew J. Upchurch, 30174-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address****:*  P. O. Box 64093*,* St. Paul, MN 55164-0093
PH (317) 818-5117
FX (317) 818-5124
ajupchur@travelers.com