UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUSSELL HARVEY, | ) |
| Plaintiff, | ) ) ) |
| | ) Cause No.: 1:23-cv-00180-JMS-KMB |
| v. | ) ) |
| TRUDY L. SELVIA AND MICHAEL COLLINS, | ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS DUE TO SETTLEMENT**

Comes now the defendant Michael Collins, by counsel, and moves, the Court to dismiss this case, due to defendant tendering settlement payment. In support of his motion, Collins states as follows:

1. On August 11, 2023, Collins notified the Court that the parties reached a settlement [Filing No. 24]. The settlement agreement required Collins through the City of Greencastle's insurer to pay Harvey a sum of money in exchange for him dismissing his lawsuit. Pursuant to the Court's order of August 14, the parties are to file appropriate dismissal papers within 30 days.

2. Also on August 11, 2023, Collins sent Harvey the settlement check via certified mail no. 7021 2720 0001 7729 (see attached exhibit 1). In addition to the settlement check, undersigned sent Harvey a stipulation of dismissal for Harvey's signature with self-address postage paid envelope. Undersigned thereafter received the green card indicating delivery of above-referenced letter to Harvey at the Putnamville Correctional Facility (see attached exhibit 2). However, Harvey did not return the signed stipulation.

3. Because Collins fulfilled his obligation under the settlement agreement, he respectfully requests that the Court dismiss this action with prejudice.

WHEREFORE, the defendant, Michael Collins, respectfully requests the Court dismiss this case with prejudice.

    Respectfully submitted,

    KNIGHT HOPPE KURNIK & KNIGHT, LTD.

    */s/ Rosemary L. Borek*
    Rosemary L. Borek, Atty. No.: 20036-41
    Attorney for defendant
    Michael Collins

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a copy of the foregoing was filed electronically. I further certify that on the same date that the foregoing document will be served via U.S. mail, postage pre-paid, upon the following parties:

Russell Harvey (IDOC #287595)
Putnamville Correctional Facility
1946 West U.S. Hwy 40
Greencastle, IN 46135

                                                                   */s/ Rosemary L. Borek*

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, Indiana 46032
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email: rborek@khkklaw.com